1  BRUCE A. HARLAND, Bar No. 230477
   MANUEL A. BOÍGUES, Bar No. 248990
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5  Email:  bharland@unioncounsel.net
           mboigues@unioncounsel.net
6          courtnotices@unioncounsel.net

7  Attorneys for Plaintiff

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12 SEIU UNITED HEALTHCARE WORKERS – ) No.    C11-00834 JSW
   WEST,                            )
13                                  ) **STIPULATION FOR DISMISSAL**
              Plaintiff,            ) **WITH PREJUDICE; REQUEST TO**
14                                  ) **VACATE PRETRIAL CONFERENCE**
         v.                         ) **AND JURY TRIAL; [**~~PROPOSED~~**]**
15                                  ) **ORDER**
   PREMA THEKKEK; ANTHONY THEKKEK;  )
16 REGINA RAJ; HCRC, INC.; OAKRHEEM, )
   INC.,                            )
17                                  )
              Defendants.           )
18                                  )

19       NOTICE IS HEREBY GIVEN that Plaintiff SERVICE EMPLOYEES INTERNATIONAL

20 UNION, UNITED HEALTHCARE WORKERS – WEST and Defendants PREMA THEKKEK,

21 ANTHONY THEKKEK, REJINA RAJ, HCRC, INC., and OAKRHEEM, INC., stipulate to

22 voluntarily dismiss the above-captioned action with prejudice as a result of a confidential

23 settlement agreement resolving this matter.

24 ///

25 ///

26 ///

27 ///

28 ///

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER
Case No C11-00834 DMR

A Pretrial Conference has been scheduled for October 22, 2012 at 2:00 p.m. and a Jury Trial has been scheduled for November 13, 2012 at 8:00 a.m. With this Stipulation for Dismissal, the parties also request that said Pretrial Conference and Jury Trial be vacated.

Dated: October 2, 2012

    WEINBERG, ROGER & ROSENFELD
    A Professional Corporation

    By: */s/ Manuel A. Boigues*
        MANUEL A. BOIGUES
        Attorneys for Plaintiff

Dated: October 2, 2012

    FOX ROTHSCHILD LLP

    By: */s/ Jeffrey D. Polsky*
        JEFFREY D. POLSKY
        Attorneys for Defendants

## [~~PROPOSED~~] ORDER

The parties have resolved this matter and have stipulated to dismiss this case with prejudice. IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing Stipulation with prejudice. The Pretrial Conference and Jury Trial are hereby vacated. IT IS SO ORDERED.

Dated: October 3, 2012

    HONORABLE JEFFREY S. WHITE
    UNITED STATES DISTRICT COURT JUDGE

127438/678797

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER
Case No C11-00834 DMR