BRUCE A. HARLAND, Bar No. 230477
MANUEL A. BOÍGUES, Bar No. 248990
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023
Email: bharland@unioncounsel.net
         mboigues@unioncounsel.net
         courtnotices@unioncounsel.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEIU UNITED HEALTHCARE WORKERS – WEST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PREMA THEKKEK; ANTHONY THEKKEK; REGINA RAJ; HCRC, INC.; OAKRHEEM, INC.,<br><br>　　　　　Defendants. | No.　C11-00834 JSW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; REQUEST TO VACATE PRETRIAL CONFERENCE AND JURY TRIAL; [PROPOSED] ORDER** |

NOTICE IS HEREBY GIVEN that Plaintiff SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS – WEST and Defendants PREMA THEKKEK, ANTHONY THEKKEK, REJINA RAJ, HCRC, INC., and OAKRHEEM, INC., stipulate to voluntarily dismiss the above-captioned action with prejudice as a result of a confidential settlement agreement resolving this matter.

///
///
///
///
///

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
　　　　　　　　　　　　　　　　　　　　　　　Case No C11-00834 DMR

- 2 -

1  A Pretrial Conference has been scheduled for October 22, 2012 at 2:00 p.m. and a Jury
2  Trial has been scheduled for November 13, 2012 at 8:00 a.m. With this Stipulation for Dismissal,
3  the parties also request that said Pretrial Conference and Jury Trial be vacated.

4  Dated: October 2, 2012

                WEINBERG, ROGER & ROSENFELD
5                  A Professional Corporation

6                  By: */s/ Manuel A. Boigues*
                        MANUEL A. BOIGUES
7                       Attorneys for Plaintiff

8  Dated: October 2, 2012

                FOX ROTHSCHILD LLP
9

10                 By: */s/ Jeffrey D. Polsky*
                        JEFFREY D. POLSKY
11                      Attorneys for Defendants

12  **[PROPOSED] ORDER**

13  The parties have resolved this matter and have stipulated to dismiss this case with
14  prejudice. IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing
15  Stipulation with prejudice. The Pretrial Conference and Jury Trial are hereby vacated. IT IS SO
16  ORDERED.

17  Dated: October 3, 2012                 /s/ Jeffrey S. White
18                                HONORABLE JEFFREY S. WHITE
                              UNITED STATES DISTRICT COURT JUDGE

20  127438/678797

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
Case No C11-00834 DMR